No. D–1616. IN RE DISBARMENT OF KELLEY. Disbarment entered. [For earlier order herein, see *ante*, p. 985.]

No. D–1620. IN RE DISBARMENT OF NELSON. Disbarment entered. [For earlier order herein, see *ante*, p. 986.]

No. D–1622. IN RE DISBARMENT OF LYNCH. James Edward Lynch, of Washington Crossing, Pa., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to the practice of law before this Court. The rule to show cause, issued on December 11, 1995 [*ante*, p. 1025], is discharged.

No. D–1623. IN RE DISBARMENT OF MYERS. Disbarment entered. [For earlier order herein, see *ante*, p. 1025.]

No. D–1624. IN RE DISBARMENT OF WEISS. Disbarment entered. [For earlier order herein, see *ante*, p. 1025.]

No. D–1655. IN RE DISBARMENT OF TANNER. John F. Tanner, of Birmingham, Ala., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1656. IN RE DISBARMENT OF MARKOVITCH. Michael Markovitch, of New York, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–44. CROSS *v.* NOLES, WARDEN;

No. M–45. HOCKENBERRY *v.* DUFFY ET AL.;

No. M–46. MOORE ET UX. *v.* CHRISTMAS LOG HOMES ET AL.; and

No. M–47. TIMMONS *v.* COUNTY OF DALLAS ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.

No. 95–1012. CALDWELL *v.* AMERICAN BASKETBALL ASSN., INC., ET AL. C. A. 2d Cir. Motion of respondents Don L. Chapman and Diane Munchak Wilson for an order substituting them as executors of the estate of Tedd Munchak, deceased, granted.